UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:25-cv-62285-LEIBOWITZ

**CESAR AUGUSTO MARTINEZ MONCADA**,

*Petitioner*,

v.

**KRISTI NOEM,** *et al.*,

*Respondents.*
_____/

## ORDER

**THIS CAUSE** comes before the Court on the parties' Joint Motion to Stay Proceedings ("the Motion") [ECF No. 6]. Petitioner filed his habeas petition on November 12, 2025, seeking expedited relief. [ECF No. 1]. On November 17, 2025, the Court entered an Order to Show Cause requiring Respondents to respond to the petition no later than November 24, 2025. [ECF No. 4]. In the Motion now before the Court, counsel for Petitioner advises the Court that Petitioner may have misrepresented certain facts concerning his immigration history and detention. [ECF No. 6 ¶ 3]. Petitioner requests a stay of fourteen days "to investigate the clarified facts and submit an amended Petition or otherwise advise the Court on how Petitioner intends to proceed." [*Id.* at 2].

Being fully advised, it is hereby **ORDERED AND ADJUDGED** that the Motion **[ECF No. 6]** is **GRANTED**. The deadlines set forth in this Court's Order to Show Cause [ECF No. 4] are hereby **STAYED**. Petitioner shall submit an amended petition or otherwise advise the Court how it wishes to proceed no later than December 5, 2025.

2

**DONE AND ORDERED** in the Southern District of Florida on November 20, 2025.

_____
DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:   counsel of record